IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PHILLIP DEWAYNE STEWART**                                                                                             **PLAINTIFF**
**#80429**

v.                                          Case No: **4:23-CV-00859-LPR**

**SHERRI FLYNN, et al.**                                                                                             **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the underlying Order would not be taken in good faith.[1]

IT IS SO ADJUDGED this 27th day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).